*E-FILED - 2/9/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ANGEL RODRIGUEZ, | ) | No. C 09-3945 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| M. S. EVANS, Warden, | ) | |
| Respondent. | ) | |

The court has dismissed the instant habeas action without prejudice as a second or successive petition. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 2/8/10

RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.09\Rodriguez945jud.wpd